IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TODD J. THOMAS,

     Appellant,

                                Case No. 5D22-558
 v.                          LT Case No. 05-2020-CF-036704-A-X

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed January 24, 2023

Appeal from the Circuit Court
for Brevard County,
James H. Earp, Judge.

Matthew J. Metz, Public Defender, and Betty
Wyatt, Assistant Public Defender, Daytona
Beach, for Appellant.

Todd J. Thomas, Cocoa, pro se.

Ashley Moody, Attorney General, Tallahassee,
and L. Charlene Matthews, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., WALLIS and EISNAUGLE, JJ., concur.